In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00534-CR
_____

TERRY LYNDELL BENTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 09-07948

MEMORANDUM OPINION

Appellant Terry Lyndell Benton filed a motion to dismiss his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally after counsel filed a brief which certifies that counsel could find no arguable error on which to base an appeal. We therefore treat the motion to dismiss the appeal as agreed to by counsel. *See* Tex. R. App. P. 42.2. No opinion has issued in this appeal.

It is ORDERED that the motion to dismiss the appeal is GRANTED, and the appeal is therefore DISMISSED.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered May 22, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Kreger, JJ.